NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARCUS KEON HOOD,      )
                       )
         Appellant,    )
                       )
v.                     )      Case No. 2D14-4977
                       )
STATE OF FLORIDA,      )
                       )
         Appellee.     )
                       )
_____)

Opinion filed December 16, 2015.

Appeal from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Howard L. Dimmig, II, Public Defender,
and Julius J. Aulisio, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


SALARIO, Judge.

　　　　　We review this matter pursuant to Anders v. California, 386 U.S. 738

(1967).  Marcus K. Hood challenges the revocation of his probation and his resulting

sentences for resisting arrest without violence and driving with a suspended license.

We affirm the revocation of probation and the sentences imposed without comment.

We remand only for the correction of a scrivener's error that appears on the face of the

written order of revocation. See Margolis v. State, 148 So. 3d 532, 532 (Fla. 2d DCA 2014). Although the order indicates that Hood admitted to violations of conditions two and three of his probation, the record reflects that he was found to have violated those conditions by the trial court following a hearing on the issue. On remand the trial court shall enter an order of revocation reflecting the correction of this error.

Affirmed; remanded with instructions.

CASANUEVA and BLACK, JJ., Concur.